UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISAIAH BOND, | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0942-B |
| | § | |
| JANE ROE. | § | |
| | § | |
|   Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Parties' Joint Stipulation of Dismissal (Doc. 13). It is **ORDERED** that all claims in Plaintiff's Complaint against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees.

    SO **ORDERED**.

    SIGNED: July 22, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE